Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio
Eastern Division

RAKEESH NOLDEN

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

EQUIFAX INFORMATION SERVICES, LLC
EXPERIAN INFORMATION SOLUTIONS, LLC
TRANSUNION, LLC

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 2:23 CV 3434
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

MAGISTRATE JUDGE VASCURA

JUDGE MARBLEY

RECEIVED OCT 17 2023
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | RAKEESH NOLDEN |
| Street Address | 235 PENNY LANE |
| City and County | GAHANNA, FRANKLIN COUNTY |
| State and Zip Code | OHIO, 43230 |
| Telephone Number | 216-612-4027 |
| E-mail Address | Rakeesh0116@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 10

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: EQUIFAX INFORMATION SERVICES LLC
- Job or Title (if known):
- Street Address: 1550 PEACHTREE STREET NE
- City and County: ATLANTA, FULTON COUNTY
- State and Zip Code: GEORGIA 30309
- Telephone Number: 888-202-4025
- E-mail Address (if known):

Defendant No. 2
- Name: EXPERIAN INFORMATION SOLUTIONS LLC
- Job or Title (if known):
- Street Address: 475 ANTON BOULEVARD
- City and County: COSTA MESA, ORANGE COUNTY
- State and Zip Code: CALIFORNIA 92626
- Telephone Number: 714-830-7000
- E-mail Address (if known):

Defendant No. 3
- Name: TRANSUNION LLC
- Job or Title (if known):
- Street Address: 555 WEST ADAMS STREET
- City and County: CHICAGO, COOK COUNTY
- State and Zip Code: ILLINOIS 60661
- Telephone Number: 855-681-3196
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This Court has jurisdiction over this matter Pursuant to 15 USC § 1681p and 28 USC §1331 as the claims arise under the Fair Credit Reporting Act (FCRA) grants Federal Courts jurisdiction over such claims. Therefore, this Court has jurisdiction over the subject matter of this action under both 28 USC § 1331 and 15 USC § 1681p. Venue is proper in this district under 28 USC § 1391(b) as a substantial part of the events or omissions giving rise to claim occurred in this judicial district.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

.   JURISDICTION AND VENUE:

This Court has jurisdiction over this matter Pursuant to 15 USC § 1681p and 28 USC §1331 as the claims arise under the Fair Credit Reporting Act (FCRA) grants Federal Courts jurisdiction over such claims. Therefore, this Court has jurisdiction over the subject matter of this action under both 28 USC § 1331 and 15 USC § 1681p. Venue is proper in this district under 28 USC § 1391(b) as a substantial part of the events or omissions giving rise to claim occurred in this judicial district.

II.   COMPLAINT AND DEMAND FOR JURY TRIAL FOR THE FOLLOWING CLAIM(S):

Fair Credit Reporting Act (FCRA): 15 USC § 1681e(b), 15 USC § 1681i, & 15 USC § 1692s-2(b).

III.   PARTIES:

1.   Plaintiff, Rakeesh Nolden is a natural person, a resident of Gahanna, Ohio and is a "consumer" as defined by the FDCPA 15 USC § 1692a(3).

2.   Plaintiff, Rakeesh Nolden, files this present Civil Complaint against Defendant(s) files this present Civil Complaint against Defendant(s): (Equifax Information Services, LLC), (Experian Information Solutions, LLC) and (TransUnion, LLC) for Violations of the Fair Credit Reporting Act (FCRA) as aforementioned.

3.   Equifax Information Services, LLC (hereinafter "Equifax") is a Consumer Reporting Agency as defined in 15 USC § 1681a(f) and is engaged in the business of assembling and distributing Credit Reports concerning consumers, as defined in 15 USC § 1681a(d)(1) of the Fair Credit Reporting Act, to third parties.

4.   Upon facts and or findings, Equifax is also a limited liability company with its place of business located at 1550 Peachtree Street NE, Atlanta, Georgia 30309.

5.   Experian Information Solutions, LLC (hereinafter "Experian") is a Consumer Reporting Agency as defined in 15 USC § 1681a(f) and is engaged in the business of assembling and distributing Credit Reports concerning consumers, as defined in 15 USC § 1681a(d)(1) of the Fair Credit Reporting Act, to third parties.

6.   Upon facts and or findings, Experian is also a limited liability company with its place of business located at 475 Anton Boulevard, Costa Mesa, California 92626.

7.   TransUnion, LLC (herein after "TransUnion") is a Consumer Reporting Agency as defined in 15 USC § 1681a(f) and is engaged in the business of assembling and distributing Credit Reports concerning consumers, as defined in 15 USC § 1681a(d)(1) of the Fair Credit Reporting Act, to third parties.

8.   Upon facts and or findings, TransUnion is a limited liability company with its principal place of business located at 555 West Adams Street, Chicago, Illinois 60661.

9.   The subject matter of this action arises from Defendant(s) negligence and willful failure to follow reasonable procedures to ensure the accuracy of the information in Plaintiff's consumer reports, in violation of the Fair Credit Reporting Act ("FCR"), 15 USC § 1681 et seq.

10.   Plaintiff is informed and believes that at all relevant times, each and every Defendant was acting as an agent and/or employee of each of the other Defendants and was acting within the course and scope of said agency and/or employment with the full knowledge and consent of each of the other Defendants.

IV.   FACTUAL ALLEGATIONS:

11.   In June, Plaintiff obtained a copy of his consumer reports as published by all defendant(s) and noticed

inaccurate information, including inaccurate names, addresses, employers and accounts reporting inaccurate information that was disputed by the Plaintiff during the months of both June and July of 2023.

12. In or around June and July of 2023, the Plaintiff submitted written disputes to Defendants concerning the inaccurate information that Plaintiff discovered was being reported within the Plaintiff's consumer reports.

13. The receipt of the Plaintiff's disputes triggered Defendants' duties to conduct reasonable reinvestigations into the disputed information Pursuant to 15 USC § 1681i.

14. Defendant(s) failed to conduct reasonable reinvestigations as required by the FCRA.

15. As a result of Defendants(s) failure to conduct reasonable reinvestigations, inaccurate information remains on Plaintiff's consumer reports, including accounts reporting inaccurate information that was disputed by the Plaintiff.

16. Defendant(s) post-dispute reporting of inaccurate information has impaired the Plaintiff's creditworthiness.

17. The following inaccuracies continues to be reported amongst the Consumer Reporting Agencies:

- NAMES: (RAKEESH NODLEN, RAKEESH NDDAN)

- ADDRESSES: (705 PENNY LN-GAHANNA, OH 43230, 1625 S VENDOME DR-COLUMBUS, OH 43219, 4182 WORTH AVE-COLUMBUS, OH 43219)

- EMPLOYMENT INFO: (KEESH'S TRANSPORTATION, SAVON RENTALS)

- COLLECTION ACCOUNTS: (FABCO $199.00; CREDIT COLLECTION SERVICE $296.00)

VI  CLAIMS FOR RELIEF:

COUNT I: EQUIFAX INFORMATION SERVICES, LLC VIOLATION OF 15 USC § 1681e(b)

18. Plaintiff realleges and reincorporates by referencing paragraphs 1-17 as though fully set forth herein.

19. Equifax is a "Consumer Reporting Agency" as defined pursuant to 15 USC § 1681a(f).

20. Equifax failed to establish and or follow reasonable procedures to assure maximum possible accuracy in the preparation of Plaintiff's consumer reports or files that it publishes and maintains concerning Plaintiff, pursuant to 15 USC § 1681e(b).

21. The foregoing violations were willful, rendering Equifax liable to Plaintiff for punitive damages pursuant to 15 USC § 1681n.

22. In the alternative, the foregoing violations were negligent entitling Plaintiff to recover actual damages pursuant to 15 USC § 1681o.

COUNT II: EXPERIAN INFORMATION SOLUTIONS, INC VIOLATION OF 15 USC § 1681e(b)

23. Plaintiff realleges and reincorporates by referencing paragraphs 1-22 as though fully set forth herein.

24. Experian is a "Consumer Reporting Agency" as defined pursuant to 15 USC § 1681a(f).

25. Experian failed to establish and or follow reasonable procedures to assure maximum possible accuracy in

the preparation of Plaintiff's consumer reports or files that it publishes and maintains concerning Plaintiff, pursuant to 15 USC § 1681e(b).

26. The foregoing violations were willful, rendering Equifax liable to Plaintiff for punitive damages pursuant to 15 USC § 1681n.

27. In the alternative, the foregoing violations were negligent entitling Plaintiff to recover actual damages pursuant to 15 USC § 1681o.

### COUNT III: TRANSUNION, LLC VIOLATION OF 15 USC § 1681e(b)

28. Plaintiff realleges and reincorporates by referencing paragraphs 1-27 as if fully set forth herein.

29. TransUnion is a "Consumer Reporting Agency" as defined pursuant to 15 USC § 1681a(f).

30. TransUnion failed to establish and or follow reasonable procedures to assure maximum possible accuracy in the preparation of Plaintiff's consumer reports or files that it publishes and maintains concerning Plaintiff, pursuant to 15 USC § 1681e(b).

31. The foregoing violations were willful, rendering Equifax liable to Plaintiff for punitive damages pursuant to 15 USC § 1681n.

32. In the alternative, the foregoing violations were negligent entitling Plaintiff to recover actual damages pursuant to 15 USC § 1681o.

### COUNT IV: EQUIFAX INFORMATION SERVICES, LLC VIOLATION OF 15 USC § 1681i

33. Plaintiff realleges and reincorporates by referencing paragraphs 1-32 as if fully set forth herein.

32. Equifax is a "Consumer Reporting Agency" as defined pursuant to 15 USC § 1681a(f).
33. Upon receiving Plaintiff's dispute, Equifax failed to conduct a reasonable reinvestigation as required pursuant to 15 USC § 1681i.

34. Equifax failed to delete or correct the disputed information in Plaintiff's file as required pursuant to 15 USC § 1681i.

35. The foregoing violations were willful, rendering Equifax liable to Plaintiff for punitive damages pursuant to 15 USC § 1681n.

36. In the alternative, the foregoing violations were negligent entitling Plaintiff to recover actual damages pursuant to 15 USC § 1681o.

### COUNT V: EXPERIAN INFORMATION SOLUTIONS, INC VIOLATION OF 15 USC § 1681i

37. Plaintiff realleges and reincorporates by referencing paragraphs 1-36 as if fully set forth herein.

38. Experian is a "Consumer Reporting Agency" as defined pursuant to 15 USC § 1681a(f).

39. Upon receiving Plaintiff's dispute, Equifax failed to conduct a reasonable reinvestigation as required pursuant to 15 USC § 1681i.

40. Experian failed to delete or correct the disputed information in Plaintiff's file as required pursuant to 15 USC § 1681i.

41.     The foregoing violations were willful, rendering Equifax liable to Plaintiff for punitive damages pursuant to 15 USC § 1681n.

42.     In the alternative, the foregoing violations were negligent entitling Plaintiff to recover actual damages pursuant to 15 USC § 1681o.

COUNT VI: TRANSUNION, LLC VIOLATION OF 15 USC § 1681i

43.     Plaintiff realleges and reincorporates by referencing paragraphs 1-42 as if fully set forth herein.

44.     TransUnion is a "Consumer Reporting Agency" as defined pursuant to 15 USC § 1681a(f).

45.     Upon receiving Plaintiff's dispute, Equifax failed to conduct a reasonable reinvestigation as required pursuant to 15 USC § 1681i.

46.     TransUnion failed to delete or correct the disputed information in Plaintiff's file as required pursuant to 15 USC § 1681i.

47.     The foregoing violations were willful, rendering Equifax liable to Plaintiff for punitive damages pursuant to 15 USC § 1681n.

48.     In the alternative, the foregoing violations were negligent entitling Plaintiff to recover actual damages pursuant to 15 USC § 1681o.

COUNT VII: EQUIFAX INFORMATION SERVICES, LLC VIOLATION OF 15 USC § 1681s-2(b)

49.     Plaintiff realleges and reincorporates by referencing paragraphs 1-48 as if fully set forth herein.

50.     Equifax is a "person" as defined by 15 USC § 1681s-2(a).

51.     Equifax violated 15 USC § 1681s-2(b) by failing to conduct reasonable investigations upon receiving notice of Plaintiff's dispute from one or more Consumer Reporting Agencies and or failing to appropriately report the results of its investigations.

52.     As a result of Equifax's violations, Plaintiff suffered actual damages as stated herein, and therefore entitled to recover actual damages pursuant to 15 USC §§ 1681n and 1681o.

COUNT VIII: EXPERIAN INFORMATION SOLUTIONS, INC VIOLATION OF 15 USC § 1681s-2(b)

53.     Plaintiff realleges and reincorporates by referencing paragraphs 1-52 as if fully set forth herein.

54.     Experian is a "person" as defined by 15 USC § 1681s-2(a).

55.     Experian violated 15 USC § 1681s-2(b) by failing to conduct reasonable investigations upon receiving notice of Plaintiff's dispute from one or more Consumer Reporting Agencies and or failing to appropriately report the results of its investigations.

56.     As a result of Experian's violations, Plaintiff suffered actual damages as stated herein, and therefore entitled to recover actual damages pursuant to 15 USC §§ 1681n and 1681o.

COUNT IX: TRANSUNION, LLC VIOLATION OF 15 USC § 1681s-2(b)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

57. Plaintiff realleges and reincorporates by referencing paragraphs 1-56 as if fully set forth herein.

58. TransUnion is a "person" as defined by 15 USC § 1681s-2(a).

59. TransUnion violated 15 USC § 1681s-2(b) by failing to conduct reasonable investigations upon receiving notice of Plaintiff's dispute from one or more Consumer Reporting Agencies and or failing to appropriately report the results of its investigations.

60. As a result of Experian's violations, Plaintiff suffered actual damages as stated herein, and therefore entitled to recover actual damages pursuant to 15 USC §§ 1681n and 1681o.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

1. Declares that Defendants have all violated the following: 15 USC § 1681e(b), 15 USC § 1681i and 15 USC § 1681s-2(b);

2. Award actual damages to Plaintiff for mental and emotional distress suffered as a result of the several (FCRA) violations pursuant to 15 USC § 1681o;

3. Award statutory damages pursuant to 15 USC § 1681n and or 15 USC § 1681o, in an amount to be determined by the Court, for the willful violations of the FCRA;

4. Award punitive damages against the Defendant(s), as deemed just and appropriate by the Court, to punish and deter similar conduct in the future;

5. Issue an injunction ordering the Defendant(s) to cease any further (FCRA) violations and to take all necessary actions to ensure compliance with the FCRA;

6. Order the Defendants to delete any inaccurate or incomplete information on Plaintiff's consumer reports and to take measures to prevent the reoccurrence of such inaccuracies or omissions;

7. Grant such other and further relief as the Court deems just and proper under the circumstances.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-16-23

Signature of Plaintiff: [signed] Pro se

Printed Name of Plaintiff: Hakeesh Nolden Pro Se

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

Nakeesh Nolden Pro se
(Enter Above the Name of the Plaintiff in this Action)

vs.

Equifax, Experian, Transunion
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

Equifax Information Services, LLC
Experian Information Solutions, LLC
Transunion, LLC

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Nakeesh Nolden
Name - Full Name Please - PRINT

235 Penny lane Gahanna
Street Address

Gahanna OH 43230
City, State and Zip Code

216-612-4037
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Equifax Information Services, LLC
   Name - Full Name Please
   1550 Peachtree Street ne, Atlanta Georgia 30309
   Address: Street, City, State and Zip Code

2. Experian Information Solutions, LLC
   475 Anton Boulevard, Costa Mesa California 92626

3. Transunion LLC
   555 west adams street, Chicago Illinois 60661

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☑ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☑ Title 15 United States Code, Section 1681p
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

See attach Statement of Claim.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | |
|---|---|---|
| N/A | _____ vs. _____ |
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

See attached Statement of claim.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 16 day of October, 2023.

_____ Pro se
Signature of Plaintiff

-4-