## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **RAKEESH NOLDEN,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:23-cv-3434** |
| | : | |
| **v.** | : | **Chief Judge Algenon L. Marbley** |
| | : | |
| **EQUIFAX INFORMATION SERVICES,** | : | **Magistrate Judge Chelsey M. Vascura** |
| **LLC,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

On October 17, 2023, Plaintiff filed a Complaint alleging violations of the Fair Credit Reporting Act. (ECF No. 1). On an initial screen of the *pro se* Complaint, the Magistrate Judge recommended that Plaintiff's claims be dismissed for failure to state a claim. (ECF No. 3). While Plaintiff's Objections to the Magistrate Judge's Report and Recommendation ("R&R") were pending, the Magistrate Judge issued an Order to Show Cause why this Court should not dismiss the action without prejudice on other grounds: for failure to effect service. (ECF No. 7). In the absence of a response to that Order, the Magistrate Judge issued another R&R recommending that this Court dismiss the action without prejudice. (ECF No. 8). Plaintiff was advised of his right to object to the R&R within fourteen days and of the rights he would waive by failing to do so. (*Id.*).

This Court has reviewed the R&R. Noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court hereby **ADOPTS** the R&R (ECF No. 8) and **DISMISSES** the action **WITHOUT PREJUDICE**. This case is hereby **CLOSED**.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED:  September 10, 2024**