**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **RAKEESH NOLDEN,** | : |
| **Plaintiff,** | : Case No. 2:23-cv-3434 |
| v. | : Chief Judge Algenon L. Marbley |
| **EQUIFAX INFORMATION SERVICES, LLC,** *et al.*, | : Magistrate Judge Chelsey M. Vascura |
| **Defendants.** | : |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the September 10, 2024 Order, the Court ADOPTED the Report and Recommendation and DISMISSED this action WITHOUT PREJUDICE. This case is CLOSED.

**Date: September 10, 2024**         Richard W. Nagel, Clerk

　　　　　　　　　　　　　　　　　　s/Diane M. Stash
　　　　　　　　　　　　　　　　　　Diane M. Stash/Deputy Clerk